Philip Lome, appellee, v. Rubin E. Rappeport, appellant. Gen. No. 35,779.

Opinion filed April 25, 1932.
Jacobson, Merrick, Nierman & Silbert, for appellant; Milton K. Joseph, of counsel. No appearance for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.